## **STATEMENT OF FACTS**

    On September 13, 2019 at approximately 2:03 a.m., Metropolitan Police Department (MPD) Officer Martin Dominguez was canvassing the area of the 1600 block of Benning Road, NE in Washington, D.C. in reference to an assault that had been reported a short time earlier. W-1 had reported to Officer Martinez that W-1 observed a black male wearing a white shirt with long hair and glasses assault S-1 by striking S-1 with a handgun. W-1 reported that the black male wearing a white shirt with long hair and glasses then got into a gold colored Chevy Malibu with the handgun and left the scene. S-1 was no longer on scene when W-1 reported the assault to Officer Martinez.

    Officer Dominguez observed a gold colored Chevy Malibu matching the lookout pull into the parking lot of 1653 Benning Road, NE in Washington, D.C. Officer Dominguez followed and approached the vehicle. An individual later identified as the defendant Johnny Beason (Defendant Beason) was seated in the driver's seat of the vehicle. He was the only person in the vehicle. Defendant Beason has long hair, was wearing glasses, and was wearing a shirt that is white on top with yellow and blue on the bottom. Officer Dominguez asked Defendant Beason to step out of the vehicle and Defendant Beason was detained in handcuffs.

    At this time, Officer Nesmith arrived to assist Officer Dominguez. Officer Nesmith looked into the driver's compartment of the vehicle using his flashlight. He observed part of the magazine of a black handgun sticking out from under a towel on top of the driver's seat. Officer Nesmith alerted Officer Dominguez, who also observed part of a magazine sticking out from under the towel. Officer Dominguez then moved the towel and observed a black handgun with extended magazine. The handgun was on the same driver's seat where Defendant Beason had just been sitting.

    The firearm was recovered and determined to be an FM HI Power 9mm semi-automatic handgun with serial number 392049. At the time it was recovered, it was loaded with twenty-six (26) rounds in an extended magazine and no rounds in the chamber.

    A criminal history check of Defendant Beason revealed that he has prior criminal convictions in the Superior Court for the District of Columbia, for Unlawful Possession of a Firearm, docket number 2016 CF2 13412, and Carrying a Pistol without a License, docket number 2005 FEL 5643. These crimes are punishable by more than one year in the District of Columbia. There are no firearms manufacturers in the District of Columbia.

                                   _____
                                   OFFICER MARTIN DOMINGUEZ, BADGE 3219
                                   METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF SEPTEMBER, 2019.

                                   _____
                                   ROBIN M. MERIWEATHER
                                   U.S. MAGISTRATE JUDGE